```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 20-00355-RNO
Kenya S. Starkes                                                        Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
```

District/off: 0314-5    User: AutoDocke    Page 1 of 1         Date Rcvd: Mar 17, 2020
                        Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db             +Kenya S. Starkes,   316 Clearview Drive,   Long Pond, PA 18334-7730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
              Timothy B. Fisher, II    on behalf of Debtor 1 Kenya S. Starkes donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| KENYA S. STARKES | : | |
| Debtors | : | CASE NO. 5:20-bk-00355 RNO |

## ORDER CONVERTING CASE

Upon consideration of the above debtor(s)/debtor in possession, and it having been determined that the above case should be converted, it is

**ORDERED** that this case be and it hereby is converted from a case under 11 U.S.C. Chapter 7 to a case under 11 U.S.C. Chapter 13, and it is further

**ORDERED** that the present trustee be and hereby is discharged.

Dated: March 16, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)