```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 20-00355-RNO
Kenya S. Starkes                                             Chapter 13
     Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke          Page 1 of 1         Date Rcvd: Apr 21, 2020
                             Form ID: ntcnfhrg        Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
```
db            +Kenya S. Starkes,    316 Clearview Drive,   Long Pond, PA 18334-7730
5296783        American Express,    PO Box 981537,   El Paso, TX 79998-1537
5319239       +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
                 Attorneys/Agents for Creditor,    P.O. 9043,   Andover, MA 01810-0943
5296784       +Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
5296785       +Best Buy/CBNA,    5800 South Corporate Place,   Sioux Falls, SD 57108-5027
5296790        M & T Bank,    PO Box 619063,   Dallas, TX 75261-9063
5315372       +Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
5296792        New York-Presbyterian/Weill Cornell,     P.O. Box 28898,   New York, NY 10087-8898
5296794       +TD Bank USA/Target Credit,    P.O. Box 673,   Minneapolis, MN 55440-0673
5296797       +WF/Bobs Discount Furn,    P.O. Box 14517,   Des Moines, IA 50306-3517
5296796       +Westmed Medical Group,    P.O. Box 417146,   Boston, MA 02241-7146
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5317498        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 19:42:49
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5296786       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 19:42:49
                 Capital One Bank (USA), N.A.,   4851 Cox Road,   Glen Allen, VA 23060-6293
5296787       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 21 2020 19:28:59      Comenity Bank/ VCTRSSEC,
                 P.O Box 182789,    Columbus, OH 43218-2789
5296788       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 21 2020 19:28:59      Comenity Capital/Zales,
                 P.O. Box 182120,   Columbus, OH 43218-2120
5296789       +E-mail/Text: electronicbkydocs@nelnet.net Apr 21 2020 19:29:05      Dept of Education/Nelnet,
                 PO Box 82561,   Lincoln, NE 68501-2561
5320337        E-mail/Text: camanagement@mtb.com Apr 21 2020 19:28:55      M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
5296791       +E-mail/PDF: pa_dc_claims@navient.com Apr 21 2020 19:43:18      Navient,   123 Justison Street,
                 3rd Floor,   Wilmington, DE 19801-5363
5296793       +E-mail/Text: bnc@nordstrom.com Apr 21 2020 19:28:50      NordstromTDBank USA,
                 13531 E Caley Avenue,   Englewood, CO 80111-6504
5321424        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2020 19:43:17
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk, VA 23541
5296795       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 21 2020 19:28:43
                 Verizon,   PO Box 650584,   Dallas, TX 75265-0584
5296798       +E-mail/Text: aarenas@wphospital.org Apr 21 2020 19:29:18      White Plains Hospital,
                 41 E Post Road,   White Plains, NY 10601-4699
5296799       +E-mail/Text: collectiondept@ynhh.org Apr 21 2020 19:29:03      Yale New Haven Health,
                 789 Howard Ave.,   New Haven, CT 06519-1300
                                                                                             TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Timothy B. Fisher, II   on behalf of Debtor 1 Kenya S. Starkes donna.kau@pocono-lawyers.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kenya S. Starkes,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−00355−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 3, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 21, 2020 |

ntcnfhrg (03/18)