United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00355-RNO |
| Kenya S. Starkes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf010 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: camanagement@mtb.com | Jan 14 2021 18:56:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 16, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Kenya S. Starkes donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kenya S. Starkes | : | |
| **Debtors** | : | CASE NO 5:20-bk-00355 RNO |
| | : | |

## ORDER

AND NOW upon consideration of the Motion of the Debtor, Kenya S. Starkes, to suspend her Trustee payments for a period of ninety (90) days;

IT IS HEREBY ORDERED that the Debtor's Motion to Suspend Trustee payments is hereby GRANTED and the Debtor's Trustee payments shall be suspended for a period of ninety (90) days from the date of this Order.

Dated: January 12, 2021

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)