United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                            Case No. 20-00355-MJC

Kenya S. Starkes                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                  User: AutoDocke                                          Page 1 of 2
Date Rcvd: Aug 04, 2025                           Form ID: 3180W                                   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenya S. Starkes, 316 Clearview Drive, Long Pond, PA 18334-7730 |
| 5296792 | | New York-Presbyterian/Weill Cornell, P.O. Box 28898, New York, NY 10087-8898 |
| 5296797 | + | WF/Bobs Discount Furn, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 5296796 | + | Westmed Medical Group, P.O. Box 417146, Boston, MA 02241-7146 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5296783 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2025 18:39:31 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5319239 | + | Email/Text: bkfilings@zwickerpc.com | Aug 04 2025 18:36:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5296784 | + | EDI: TSYS2 | Aug 04 2025 22:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5296785 | + | EDI: CITICORP | Aug 04 2025 22:34:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5296786 | + | EDI: CAPITALONE.COM | Aug 04 2025 22:34:00 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 5317498 | | EDI: CAPITALONE.COM | Aug 04 2025 22:34:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5329418 | | EDI: CITICORP | Aug 04 2025 22:34:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5296787 | + | EDI: WFNNB.COM | Aug 04 2025 22:34:00 | Comenity Bank/ VCTRSSEC, P.O Box 182789, Columbus, OH 43218-2789 |
| 5296788 | + | EDI: WFNNB.COM | Aug 04 2025 22:34:00 | Comenity Capital/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5296789 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 04 2025 18:36:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5296790 | | Email/Text: camanagement@mtb.com | Aug 04 2025 18:36:00 | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5320337 | | Email/Text: camanagement@mtb.com | Aug 04 2025 18:36:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5296791 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 04 2025 18:39:15 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 5315372 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 04 2025 18:36:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5296793 | + | Email/Text: bnc@nordstrom.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 04 2025 18:36:43 | NordstromTDBank USA, 13531 E Caley Avenue, Englewood, CO 80111-6504 |
| 5321424 | | EDI: PRA.COM | Aug 04 2025 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5296794 | + | EDI: WTRRNBANK.COM | Aug 04 2025 22:34:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 5328093 | | EDI: AIS.COM | Aug 04 2025 22:34:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5296795 | + | EDI: VERIZONCOMB.COM | Aug 04 2025 22:34:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 5327883 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Aug 04 2025 18:51:33 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5296798 | + | Email/Text: aarenas@wphospital.org | Aug 04 2025 18:36:00 | White Plains Hospital, 41 E Post Road, White Plains, NY 10601-4699 |
| 5296799 | + | Email/Text: collectiondept@ynhh.org | Aug 04 2025 18:36:00 | Yale New Haven Health, 789 Howard Ave., New Haven, CT 06519-1300 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Kenya S. Starkes donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kenya S. Starkes<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4018<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00355–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kenya S. Starkes

8/4/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2