Fill in this information to identify the Fill in this information to identify the case:

Debtor 1  Kenya S. Starkes

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number  20-00355 MJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 9697

**Date of payment change:**
Must be at least 21 days after date of this notice  12/01/2022

**New total payment:**  $1874.87
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $787.92        New escrow payment: $810.78

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____   New mortgage payment: $_____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Case 5:20-bk-00355-MJC   Doc   Filed 11/09/22   Entered 11/09/22 16:29:26   Desc
Document ID: 961f84a0c3b232c6d37a170fd964b4138faa042b025ffc82375de7c1e26c08cd
Main Document    Page 1 of 2

| Debtor(s) | Kenya S. Starkes | | Case number (*if known*) 20-00355 MJC |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
Signature

Print: Michael Farrington
08 Nov 2022, 10:36:04, EST

Date  11/08/2022

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701  Market Street, Suite 5000
         Number       Street
         Philadelphia,              PA    19106
         City                       State  ZIP Code

Contact phone  (215) 627–1322         Email  bkgroup@kmllawgroup.com

---

Official Form 410S1  **Notice of Mortgage Payment Change**  page 2