IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenya S. Starkes<br>**Debtor(s)**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Kenya S. Starkes<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | BK NO. 20-00355 MJC<br><br>Chapter 13<br><br>Related to Claim No. Claim No. 4-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kenya S. Starkes
316 Clearview Drive
Long Pond, PA 18334

Attorney for Debtor(s)
Timothy B. Fisher, II, Esq.
Fisher and Fisher Law Offices
PO Box 396, 525 Main Street
Gouldsboro, PA 18424

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: November 9, 2022

**/s/ Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com